IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>FRESHY FOODS, LLC, a limited liability company, FLOYD D. JAMES and IDA M. JAMES, individuals,<br><br>    Defendants. | )<br>)<br>)<br>)  Civil No. 2:18-cv-6176<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **COMPLAINT FOR PERMANENT INJUNCTION**

Plaintiff, the United States of America, by its undersigned attorneys, respectfully represents to this Court as follows:

1. This statutory injunction proceeding is brought under the Federal Food, Drug, and Cosmetic Act (the "Act"), 21 U.S.C. § 332(a), to permanently enjoin and restrain Freshy Foods, LLC, Floyd D. James, and Ida M. James (collectively, "Defendants") from:

    A. Violating 21 U.S.C. § 331(a), by causing to be introduced or delivered for introduction into interstate commerce food that is adulterated within the meaning of 21 U.S.C. § 342(a)(4); and

    B. Violating 21 U.S.C. § 331(k), by causing food to become adulterated within the meaning of 21 U.S.C. § 342(a)(4), while such food is held for sale after shipment of one or more of its components in interstate commerce.

**JURISDICTION AND VENUE**

2.      This Court has jurisdiction over the subject matter and all parties to this action under 21 U.S.C. § 332(a), 28 U.S.C. §§ 1331, 1337, and 1345, and its inherent equitable authority.

3.      Venue in this District is proper pursuant to 28 U.S.C. § 1391(b) and (c).

**DEFENDANTS**

4.      Defendant Freshy Foods, LLC ("Freshy Foods") is a Louisiana limited liability company that conducts business at a facility located at 508 Time Saver Avenue, Elmwood, Louisiana 70123 (the "Facility"), within the jurisdiction of this Court.  The company's registered address with the Louisiana Secretary of State is 365 Canal St., Suite 1470, New Orleans, Louisiana 70130, within the jurisdiction of this Court.  Freshy Foods employs approximately twenty full-time employees and five part-time employees.

5.      Defendant Floyd D. James is the Chief Executive Officer, co-owner, and registered agent of Freshy Foods.  Mr. James is responsible for the company's overall operations, including receiving, production, and distribution, and also shares responsibility in detecting, preventing, and correcting violative conditions.  He performs his duties at 508 Time Saver Avenue, Elmwood, Louisiana 70123, within the jurisdiction of this Court.

6.      Defendant Ida M. James is the President and co-owner of Freshy Foods.  Mrs. James is responsible for the company's financing, human resources, and production plans, and also shares responsibility in detecting, preventing, and correcting violative conditions.  She

performs her duties at 508 Time Saver Avenue, Elmwood, Louisiana 70123, within the jurisdiction of this Court.

7. Defendants prepare, manufacture, process, pack, label, hold, and distribute refrigerated, ready-to-eat ("RTE") food, including, but not limited to, sandwiches, wraps, salads, fruit cups, and snack cups. Defendants' food products are regulated by the U.S. Food and Drug Administration ("FDA") and the U.S. Department of Agriculture ("USDA"). For purposes of this Complaint, "RTE food" means the food which is prepared, manufactured, processed, packed, labeled, held, and/or distributed by Freshy Foods and which is regulated by FDA (rather than USDA).

8. Defendants' RTE food is distributed outside Louisiana, including for example, a gas station in Picayune, Mississippi. Also, in 2013 and 2016, the Florida Department of Agriculture and Consumer Services ("FDACS") collected samples from Defendants' RTE sandwiches purchased in Melbourne, Florida and Niceville, Florida, respectively.

9. Defendants also receive in interstate commerce one or more components used to manufacture their RTE sandwiches, including tuna that originates from Thailand.

### PUBLIC HEALTH RISKS PRESENTED BY DEFENDANTS' FOOD

10. *Listeria monocytogenes* ("*L. mono*") is the major pathogen, and one of several bacteria, contained within the *Listeria* species. *L. mono* can cause listeriosis, a disease commonly contracted by eating food contaminated with the bacterium. Listeriosis can be serious, even fatal, for vulnerable groups such as newborns and those with impaired immune systems. The most serious forms of listeriosis can result in meningitis and septicemia. Pregnant women may contract flu-like symptoms from listeriosis, and complications from the disease can result in miscarriage or septicemia in the newborn.

11.     *L. mono* can survive and grow even when precautions, such as maintaining food at refrigeration temperatures, are taken.  *L. mono* can colonize on moist surfaces such as floors, floor drains, wet areas, and processing equipment.

12.     The presence of *L. mono* in a facility processing ready-to-eat food, which is not subjected to a thermal kill step by the processing facility or by consumers prior to consumption, presents a particularly significant public health risk.

### DEFENDANTS' CONDUCT AND VIOLATIONS

13.     FDA most recently inspected Defendants' Facility between July 17 and July 21, 2017.  This inspection established that the RTE food that Defendants prepare, manufacture, process, pack, label, hold, and/or distribute is adulterated within the meaning of 21 U.S.C. § 342(a)(4), in that it has been prepared, packed, or held under insanitary conditions whereby it may have been contaminated with filth or rendered injurious to health.

14.     Specifically, FDA found evidence of a resident strain of *L. mono* in the Facility. FDA collected environmental subsamples from the Facility, with two subsamples testing positive for *L. mono*.

15.     Defendants' RTE food (*e.g.*, sandwiches, fruit cups, and snack cups) is food within the meaning of the Act, 21 U.S.C. § 321(f).

16.     Defendants violate 21 U.S.C. § 331(a), by causing to be introduced or delivered for introduction into interstate commerce articles of food that are adulterated within the meaning of 21 U.S.C. § 342(a)(4).

17.     Defendants violate 21 U.S.C. § 331(k), by causing articles of food to become adulterated within the meaning of 21 U.S.C. § 342(a)(4), while such articles are held for sale after shipment of one or more of their components in interstate commerce.

**HISTORY OF VIOLATIONS**

18.     In addition to FDA's July 2017 inspection, federal and state government agencies have found *L. mono* in the Facility or in Defendants' RTE sandwiches on six separate occasions.

19.     From May 10 to May 31, 2012, USDA inspected Defendants' Facility. During this inspection, USDA collected a composite environmental sample, which tested positive for *L. mono*.

20.     In December 2013, FDACS found *L. mono* in Defendants' American foot-long sandwich.

21.     In March 2016, FDACS found *L. mono in* Defendants' jalapeno egg salad sandwich.

22.     From April 19 to April 22, 2016, FDA inspected Defendants' Facility. During this inspection, FDA collected environmental subsamples of the Facility, with five subsamples testing positive for *L. mono*.

23.     From April 10 to April 13, 2017, FDA inspected Defendants' Facility. During this inspection, FDA collected environmental subsamples of the Facility, with six subsamples testing positive for *L. mono*. Two of the positive *L. mono* subsamples were found on food-contact surfaces (a chopper bowl lid and a chopper blade).

24.     On May 17, 2017, FDA met with Defendants. FDA asked Defendants whether, in light of the recent positive *L. mono* findings, they would voluntarily recall their food products. Defendants declined to initiate a recall and declined to cease operations pending additional environmental testing of the Facility.

25. From June 19 to June 26, 2017, USDA inspected Defendants' Facility. During this inspection, USDA collected environmental subsamples from the Facility, with three subsamples testing positive for *L. mono*.

26. FDA compared the positive *L. mono* samples collected by FDA in July 2017, April 2017, and April 2016; by USDA in June 2017; and by FDACS in March 2016 and December 2013. The laboratory analysis identified a resident strain of *L. mono*, which has persisted in the Facility since at least 2013. The laboratory analysis also identified a second (but not resident) strain of *L. mono* at the Facility.

27. Based on the foregoing, the United States believes that, unless restrained by this Court, Defendants will continue to violate the Act in the manner set forth above.

WHEREFORE, the United States respectfully requests this Court to:

I. Order that Defendants and each and all of their officers, agents, employees, representatives, successors, assigns, attorneys, and any and all persons in active concert or participation with any of them (including individuals, directors, corporations, subsidiaries, affiliates, and partnerships) who have received actual notice of the Court's order by personal service or otherwise, cease receiving, preparing, manufacturing, processing, packing, labeling, holding, and/or distributing food at or from the Facility or at any other location(s) at or from which Defendants, now or in the future, receive, prepare, manufacture, process, pack, label, hold, and/or distribute food, unless and until Defendants bring their operations into compliance with the Act and applicable regulations, to FDA's satisfaction;

II. Permanently restrain and enjoin, under 21 U.S.C. § 332(a), Defendants, and each and all of their officers, agents, employees, representatives, successors, assigns, attorneys, and any and all persons in active concert or participation with any of them (including individuals,

directors, corporations, subsidiaries, affiliates, and partnerships) who have received actual notice of the Court's order by personal service or otherwise, from directly or indirectly:

  A. Violating 21 U.S.C. § 331(a), by introducing or delivering for introduction into interstate commerce, or the causing thereof, any food that is adulterated within the meaning of 21 U.S.C. § 342(a)(4); and

  B. Violating 21 U.S.C. § 331(k), by adulterating, or causing adulteration, within the meaning of 21 U.S.C. § 342(a)(4), of any food while such food is held for sale after shipment of one or more of its components in interstate commerce;

 III. Order that FDA be authorized to inspect Defendants' place(s) of business and all records relating to the receiving, preparing, manufacturing, processing, packing, labeling, holding, and/or distribution of food to ensure continuing compliance with the terms of the injunction, the costs of such inspection to be borne by Defendants at the rates prevailing at the time the inspections are accomplished; and

 IV. Award the United States its costs incurred in pursuing this action, including the costs of investigation to date, and such other relief as the Court deems just and proper.

Dated this 22nd day of June, 2018.

Respectfully submitted,

Of Counsel:

| | |
|---|---|
| ROBERT P. CHARROW<br>General Counsel<br>U.S. Dep't of Health and Human Services | DUANE A. EVANS<br>United States Attorney<br>Eastern District of Louisiana |

REBECCA K. WOOD
Chief Counsel
Food and Drug Division

ANNAMARIE KEMPIC
Deputy Chief Counsel, Litigation

ANNA K. THOMPSON
Associate Chief Counsel for Enforcement
U.S. Dep't of Health and Human Services
Office of the General Counsel
Food and Drug Division
10903 New Hampshire Avenue
Silver Spring, MD 20993
Tel.:    (301) 348-3932
Email:  anna.thompson@fda.hhs.gov

  /s/ K. Paige O'Hale
**K. PAIGE O'HALE** (LA #35943)
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Tel.:    (504) 680-3155
Fax:    (504) 680-3174
Email:  Paige.OHale@usdoj.gov

CHAD A. READLER
Acting Assistant Attorney General
U.S. Dep't of Justice
Civil Division

ETHAN DAVIS
Deputy Assistant Attorney General

GUSTAV W. EYLER
Acting Director
Consumer Protection Branch

  /s/ Kathryn A. Schmidt
**KATHRYN A. SCHMIDT**
Trial Attorney
Consumer Protection Branch
U.S. Dep't of Justice, Civil Division
450 Fifth Street, N.W., 6th Floor, South
Washington, D.C. 20001
Tel.:    (202) 598-8697
Fax:    (202) 514-8742
Email: Kathryn.A.Schmidt@usdoj.gov

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1  U.S. Government Plaintiff
- ❏ 2  U.S. Government Defendant
- ❏ 3  Federal Question *(U.S. Government Not a Party)*
- ❏ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 340 Marine | | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 720 Labor/Management Relations | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 195 Contract Product Liability | | | ❏ 751 Family and Medical Leave Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 790 Other Labor Litigation | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| | | | ❏ 791 Employee Retirement Income Security Act | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ❏ 895 Freedom of Information Act |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | | |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | ❏ 950 Constitutionality of State Statutes |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | |
| | | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | ❏ 448 Education | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation - Transfer
- ❏ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:** ❏ Yes ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | ) |
|---|---|
| United States of America, | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:18-cv-6176 |
| Freshy Foods, LLC, a limited liabilty company, Floyd D. James and Ida M. James, individuals, | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Freshy Foods, LLC
508 Time Saver Avenue
Elmwood, LA 70123

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kathryn A. Schmidt
Trial Attorney
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | ) | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:18-cv-6176 |
| Freshy Foods, LLC, a limited liabilty company, Floyd D. James and Ida M. James, individuals, | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Floyd D. James
508 Time Saver Avenue
Elmwood, LA 70123

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kathryn A. Schmidt
Trial Attorney
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America,<br><br>*Plaintiff(s)*<br>v.<br>Freshy Foods, LLC, a limited liabilty company, Floyd D. James and Ida M. James, individuals,<br><br>*Defendant(s)* | Civil Action No. 2:18-cv-6176 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ida M. James
508 Time Saver Avenue
Elmwood, LA 70123


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kathryn A. Schmidt
Trial Attorney
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____              _____
*Signature of Clerk or Deputy Clerk*