IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FRESHY FOODS, LLC, a limited liability company, FLOYD D. JAMES and IDA M. JAMES, individuals,<br><br>    Defendants. | Civil No. 2:18-CV-06176-JTM-MBN |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, the United States of America, by its undersigned attorneys, hereby files this Notice of Voluntary Dismissal of this action through the attached Stipulation of Dismissal, which has been signed and approved by all parties who have appeared.

Dated this 29th day of August, 2018.

                                                                       Respectfully submitted,

Of Counsel:

ROBERT P. CHARROW
General Counsel
U.S. Dep't of Health and Human Services

LOWELL J. SCHILLER
Acting Chief Counsel
Food and Drug Division

ANNAMARIE KEMPIC
Deputy Chief Counsel, Litigation

DUANE A. EVANS
United States Attorney
Eastern District of Louisiana

K. PAIGE O'HALE (LA #35943)
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Tel.:    (504) 680-3155
Fax:    (504) 680-3174
Email:  paige.ohale@usdoj.gov

ANNA K. THOMPSON
Associate Chief Counsel for Enforcement
U.S. Dep't of Health and Human Services
Office of the General Counsel
Food and Drug Division
10903 New Hampshire Avenue
Silver Spring, MD 20993
Tel.:   (301) 348-3932
Email:  anna.thompson@fda.hhs.gov

JOSEPH H. HUNT
Assistant Attorney General
U.S. Dep't of Justice
Civil Division

JAMES M. BURNHAM
Deputy Assistant Attorney General

GUSTAV W. EYLER
Acting Director
Consumer Protection Branch

     /s/ Kathryn A. Schmidt
**KATHRYN A. SCHMIDT**
Trial Attorney
Consumer Protection Branch
U.S. Dep't of Justice, Civil Division
450 Fifth Street, N.W., 6th Floor, South
Washington, D.C. 20001
Tel.:   (202) 598-8697
Fax:   (202) 514-8742
Email: kathryn.a.schmidt@usdoj.gov

COUNSEL FOR THE UNITED STATES
OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2018, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Daniel E. Davillier
Davillier Law Group, LLC
935 Gravier Street, Suite 1702
New Orleans, LA 70112
(504) 582-6848
ddavillier@davillierlawgroup.com

Charline K. Gipson
Davillier Law Group, LLC
935 Gravier Street, Suite 1702
New Orleans, LA 70112
(504) 582-6898
cgipson@davillierlawgroup.com

Charles F. Zimmer, II
Davillier Law Group, LLC
1010 Common Street, Suite 2510
New Orleans, LA 70112
(504) 582-6998
czimmer@davillierlawgroup.com

                                           ___/s/ Kathryn A. Schmidt_____
                                           KATHRYN A. SCHMIDT
                                           Trial Attorney